UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
1-25-2008
JAN 25 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Develle Spencer
Dawayne Tolliver

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08CV571
JUDGE GETTLEMAN
MAGISTRATE JUDGE VALDEZ

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

Thomas Dart - Sheriff of Cookcounty, Cookcounty Illinois Board Commissioner - Todd Stroger. Director Cermak Health services Mr. Simmon M.D. - Chief Bureau of Health services - Mr. Fagu Thomas Snook super-intendent Division 11.

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

√      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.      **Plaintiff(s):**

Revised: 7/20/05

I. **Plaintiff(s):**

   A. Name: Develle Spencer

   B. List all aliases: Owens Phillip

   C. Prisoner identification number: 20060097519

   D. Place of present confinement: Cook County Dept. of Correction

   E. Address: P.O. Box 089002 Chicago, Il 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Todd Stroger
      Title: Cook County Board Commissioner
      Place of Employment: Cook County Illinois

   B. Defendant: Thomas Dart
      Title: Sheriff of Cook county
      Place of Employment: Cook County Sheriff Department

   C. Defendant: Mr. Simmon M.D.
      Title: Director of Cermak Health services
      Place of Employment: Cook County Department of Corrections

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

D. Defendant: Mr. David Fagu

Title: Chief Bureau of Health services

Place of Employment: Cook county Department of Correction.

E. Defendant Thomas Snook

Title: Superintendent Division II

Place of Employment: Cook county Department of Correction.

F  Defendant: _____

Title: _____

Place of Employment: _____

### III. Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

"Develle Spencer"

A. Is there a grievance procedure available at your institution?

YES (✓) NO ( )  *But =* If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (✓) NO ( )

C. If your answer is YES:

1. What steps did you take? (Hurd)
Wrote grievance and submit to Lt. to submit to appr program CRW... CR(?). (social worker) said she hadn't received any. (This grievance was wrote on personal paper, do to difficulty obtaining forms in CCJ Division II Cook County Jail) - in copy like fashion. 2nd grievance submitted to no avail.

2. What was the result?
Attempts made toward resolution program "uncooperative", non responsive to set procedure...

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.) Submitted a second "appropriate program" grievance form (1st 12-23-07, 2nd 12-30-07) 1st copy like grievance submit 11-20-07. all non responsive

D. If your answer is NO, explain why not:  No response to grievance are common here at Cook county's Jail Div. 11 Copies included

D. Spencer

E. Is the grievance procedure now completed? YES ( ) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES (✓) NO ( )  Lt. Hurd 3rd shift or Hurdie

G. If your answer is YES:

  1. What steps did you take? Spoke with Lt. Hurd or Hurdie and he suggest that I submit another Grievance and ordered me dispensary, to no avail - cure.

  2. What was the result? To see doctor for attention, but as always to be rescheduled.

H. If your answer is NO, explain why not:

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: Develle Spencer Vs. Chicago Illinois City of Chicago. Police Misconduct. Develle Spencer Vs. Law Office of Cook county Public defender.

B. Approximate date of filing lawsuit: 01/2008.

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Develle Spencer Develle Remond Spencer AKA Phillip Owens.

D. List all defendants: City of Chicago, Chicago Police Dept., Officers Walsh, Officer Sebastien. Sgt. Stephen T. Piertzak. Devell Remond Spencer Law office of Cook county Public Defender Edwin A. Burnette, Attorney Camille Calabrese A.P.D.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois Eastern Division

F. Name of judge to whom case was assigned: Not yet assigned

G. Basic claim made: Violation of Constitutional Rights

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Mailed January 02 2008.

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised: 7/20/05

Names of cases and docket Numbers, Pawayne Tolliver Vs Cook County Sheriff, Cook County Dept Administrator, Tolliver Vs. Chicago Police Officer Jenkins, Tolliver Vs. City Of Chicago, three times with Chicago Police Departments three times, Approximate date of filing Lawsuit 9 between 10 1993, 6-5-2006, 10-3-2006 11-27-2007, 11-29-2007, 12-3-2007
List all defendants, Cook County jail, Cook County Dept Administrator, Chicago Police Dept, City of Chicago, Police Officer Jenkins, John Stroger Hospital Provident Hospital.
Court in which the Lawsuit was filed: If federal court, name the district; If state court name the county Northern District of Illinois Eastern Division
Name of Judge to whom case was assigned Judge Gettleman, Aspen, John W. Darrah, Judge Hubbler, Judge Bucklo
Basic claim made: Police Brutality, Police Misconduct, Cook County jail neglecting Medical Treatment
Disposition of this case for example: Was the case dismissed? Was it appealed? Is it still Pending? Yes, and one has been dismissed.
Aproximate date of disposition It was dismissed, and for a action able time barral all the information concerning this disposition I don't have

I have names of all the individuals I filed Lawsuit on and dates that occur's and the names of those individuals I filed against in federal court I never received a disposition of any of these individuals I filed against in federal court at 219 S. Dearborn ST, Chicago, Ill, 60604 of the Northern District Of Illinois Eastern Division, I really hope I put all the information the court need for this action to be pass alone in order the right way!

**V.     Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Denial Medical treatment.

On October 26, 2007 I was scheduled for medical treatment, after a walk-in for injuries that occurred during recreation here at Cook county Jail, that damaged my lower back - pain difficulty Bending over balance loss, and foot injury. I've been denied proper immediate attention to my medical issues 10-26-07. By Dr Yu scheduled for care - to no avail. Rescheduled denied medical treatment again on 11-13 (or 14)-07 by Dr. Altez. Medication prescribe expired before filled prescription. "Denied treatments" and Injections into foot. Denied medical track on 12.05.07 again resched-uled for attention to issues that occurred 5wks prior. On 12-24-07 again (rescheduled) denied medical care. Dawayne Tolliver And other Detainee has been denied medical care to their immediate issues. Dawayne Tolliver, Since Sept 24, 2007 has been complaining about his medical problem. That pains him constantly.

6

Revised: 7/20/05

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**VI. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensate for prolonged (anguish of injury results in turn) Medical attention as Suggested/diagnosed treatment by doctors.
500,000 X2

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20____

_Develle Spencer_
(Signature of plaintiff or plaintiffs)

Develle Spencer
(Print name)

Spencer
20060097519
(I.D. Number)

Cook County Department of Correction
P.O. Box 089002
Chicago, IL 60608
(Address)

8

Revised: 7/20/05

1st 12/23/1 / to Lt. Hurd.

2nd Grievance
Submission Since first copy was given but never received by C.R.W.

Part-A / Control #: _____X_____

Referred To:_____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: _____  First Name: Derelle

ID #: 2006-0097519  Div.: 11  Living Unit: DG  Date: 01/03/08

Medical treatment:
BRIEF SUMMARY OF THE COMPLAINT: I am and have been in pain since 11-26-07. Date injury occurred while playing ball in Rec (in DH) the (slippery) dust ridden floor. I slipped and something snapped in my left ball tendon causing me to agile in a position unfamiliar to my lower right back area. I seen Dr. Yu later that I got to see the foot specialist that day. Then again on 12-05-07 after DR. Altez scheduling for 11 13th & 17th 07. All which hasn't taken place. And again No treatment other than Ibuprofen which do not cure the ache burning pain soreness in my feet. My back I am unable to sit or stand for long periods. Before difficulties occur. unabling me to bend over a mild numbness throughout my lower right back to my leg(Right). A pain that Ibuprofen does not effect relieve. and muscle relaxers were prescribed and never recieved 12 05 07 by Dr. Altez. Medication was represcribe 12-20-07 Dr. ___ these chronic pains need proper attention not temp. relief...

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
Officer Mclendon, Dr. Yu., Dr. Altez, Nurse Tam filled prescription

11-13-07 ACTION THAT YOU ARE REQUESTING:
These medical issues be taken seriously. I'm in pain

DETAINEE SIGNATURE: Derelly Spencer

C.R.W.'S SIGNATURE:_____  DATE C.R.W. RECEIVED: __/__/__

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

*Gave to (C.R.W. worker)
did not Receive.*

Part-A / Control #: _____ X _____

Referred To: _____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: **Spencer**    First Name: **Develle**

ID #: **2006 - 0097519**    Div.: **11**    Living Unit: **DG**    Date: **12/23/07**

BRIEF SUMMARY OF THE COMPLAINT: Medical treatment. I was in the Rec Room 10-26-07. Trying to enjoy the gym room as best I can with it's dust ridden floors. The slipperiness caused me to injure my heels, tendon left foot, lower back. Ofc. Melendon took me to Disp. Dr. Yu prescribed Ibuprofen - a non effective temp. Pain Reliever. Again on or about 11-13-19-07 Dr. Altez scheduled me to recieve foot injection and again prescribed a non effective pain reliever. Still no attention (foot specialist) to my pain in my lower back. Chronic. On 12-05-07 again Dr. Yu Dr. Altez Rescheduled me to see the foot Doctor, and then again on 12·05 Ibuprofen & Muscle Relaxers for lower back and heel. Non effective. These injuries needs more serious attention than a temporary reliever's prescription, which I have not Recieved yet! I am in (pain) need of cure.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: Ofc. Melendon Dr. Yu, Dr Altez - Nurse Tam filed the prescription

ACTION THAT YOU ARE REQUESTING: for these issues to be attended to immediately because I'm aching, that the gym room floor be mopped of its dust before use.

DETAINEE SIGNATURE: _Develle Spencer_

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: ___/___/___

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)