HHN



PRISONER CASE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# Civil Cover Sheet

KC **FILED**
JAN 2 5 2008
1-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | DEVELLE SPENCER, et al. | **Defendant(s):** | THOMAS DART, etc., et. al. |
| **County of Residence:** | COOK | **County of Residence:** | |
| **Plaintiff's Address:** | | **Defendant's Attorney:** | |

Develle Spencer (#2006-0097519)
Dawayne Tolliver (#2007-0072569)
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

08CV571
JUDGE GETTLEMAN
MAGISTRATE JUDGE VALDEZ

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff    ☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant    ☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
☑ 1. Original Proceeding          ☐ 5. Transferred From Other District
☐ 2. Removed From State Court     ☐ 6. MultiDistrict Litigation
☐ 3. Remanded From Appellate Court ☐ 7. Appeal to District Judge from Magistrate Judgment
☐ 4. Reinstated or Reopened

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** A. E. Woodham   **Date:** 01/25/2008

Gettleman   05 C 6613
Valdez