**FILED**
JAN 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Devell Spencer, Dawayne Tolliver
Devell Spencer

v.

Defendant(s) Sheriff Of Cook County
Cook County Illinois
Director, Cermak Health Services

08CV571
JUDGE GETTLEMAN
MAGISTRATE JUDGE VALDEZ

### MOTION FOR APPOINTMENT OF COUNSEL

1. I, Devell Spencer/Dawayne Tolliver, declare that I am the (check appropriate box)
   ☒ plaintiff  ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: Mitchell & Bolden, Eric A. Mitchell 54 N. Ottawa ST. Suite 245 Joliet, Ill. 60432  Kayode R. Idris Esq. 4554 N. Broadway Suite 238 Chicago, Ill. 60640  John Fitzgerald Lyke Jr. Law Office of John F. Lyke 1505 E. 63rd ST. Suite 200 Chicago Ill. 60615

3. In further support of my motion, I declare that (check appropriate box):

   ☒ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☒ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

   _____ Devell Spencer
   Movant's Signature

   P.O. Box 089002
   Street Address

   Chicago, Ill. 60608
   City/State/Zip

Date: 01-09-08

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Case Number |
|---|---|
| *N/A* | |
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| *N/A* | |
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| *N/A* | |
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| *N/A* | |
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |