Plaintiff: Develle R. Spencer     Case No: 08 C. 0571
Vs. Y. Yu –                       Judge: Robert W. Gettleman
Defendants: Carlos Altez

**FILED**
MAY 13 2008
May 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Motion for Rectification for Appointment of Counsel

Plaintiff request the court to grant plaintiffs rectified motion for appointment of counsel for above caption matter. In support of my motion, I declare that:

1.) I, Develle Spencer, have not the competent needed to litigate himself as in Farmer v. Haas, 990 F.2d 319, 321-22 (7th Cir. 1993). Injury of Plaintiff's Lowerback/Renders discogenic pain "herniated disc". Unable sittin up for long periods of time. Which self representation requires...

2.) Plaintiff had made, and with continum effort, to obtain Counsel as said on initial, and furthermore on, current motion for Appointment of Counsel, Page 2. of this motion.

3.) Plaintiff's motion for appointment of counsel was in submission. Without prejudice to plaintiff's inadequate seasoning, skills or knowledge required for a sound pursuit of the needed coherent presentation and intended interest of Plaintiff – to the Magistrate Judge, Judge or Jury... During a point which exceeds difficulty in Survival Pursuit of that intended goal while issue encounters a summary judgement, or of the such proceding.

4.) I declare under penalty that the foregoing is true and correct.

Develle Spencer B45254
2500 Rte 99 South