# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | ROBERT W. GETTLEMAN | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0571 | **DATE** | 5/22/2008 |
| **CASE TITLE** | Develle Spencer (#2006-0097519) v. Sheriff Thomas Dart, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's renewed motions of appointment of counsel [nos. 12 and 13] are denied at this time for the reasons set forth in the court's Minute Order of March 6, 2008.

■ [**Docketing to mail notices.**]

mjm