## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| DEVELLE SPENCER, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 571 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Robert W. Gettleman |
| THOMAS DART, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**TO:** Develle Spencer
B-45254
Vienna Correctional Center
6695 State Route #146 East
Vienna, Il 62995
PRO SE

PLEASE TAKE NOTICE that on **September 17, 2008** at **9:15** a.m., I shall appear before the **Honorable Robert W. Gettleman** in the courtroom usually occupied by **him** in Room **1703** of the United States District Court, Northern District of Illinois, Eastern Division, and present **DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S AMENDED COMPLAINT**.

Respectfully Submitted,
RICHARD A. DEVINE
State's Attorney of Cook County

By:   /s/ *Kevin Frey*
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL  60602
(312) 603-6189

## CERTIFICATE OF SERVICE

I, Kevin Frey, Assistant State's Attorney, certify that I served this notice and above referenced documents by electronic filing and by mailing a copy to the above named persons at the above address by depositing a copy of same in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, postage prepaid, before 5:00 p.m. on **September 10, 2008**.

/s/ *Kevin Frey*